IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 24-cv-02336-RMR-NRN

LAURELEI O'RYAN,
Plaintiff,
vs.

CITY OF FORT COLLINS,
Defendant.

---

**PLAINTIFF'S MOTION TO DISMISS CLAIM OF DISCRIMINATION**

---

Plaintiff Laurelei O'Ryan, by her attorney Robert M. Liechty, moves pursuant to Rule 41(a)(2) to dismiss with prejudice the discrimination claim only. Defendant has no objection to this motion.

Respectfully submitted this August 20, 2025.

By: s/ *Robert M. Liechty*

Robert M. Liechty
ROBERT M LIECHTY PC
1800 Gaylord St.
Denver, Colorado 80206
Tel: (303) 861-5300
Fax: (303) 861-2746
Email: rliechty@crossliechty.com
ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on this August 20, 2025, a true and correct copy of the above and foregoing **PLAINTIFF'S MOTION TO DISMISS CLAIM OF DISCRIMINATION** was, unless otherwise indicated, filed electronically with the Court who provides notice to the following:

Kendra Smith
Danyelle Semjonovs
HALL & EVANS, LLC
1001 Seventeenth Street, Suite 300
Denver, CO 80202
smithk@hallevans.com
semjonovsd@hallevans.com

*Signed Original at Office of Robert M Liechty PC*

s/ *Robert Liechty*
Robert Liechty